| | |
|---|---|
| 1 | CAROL C. LAM |
| | United States Attorney |
| 2 | A. DALE BLANKENSHIP |
| | Assistant United States Attorney |
| 3 | California State Bar No. 235960 |
| | United States Attorney's Office |
| 4 | Federal Office Building |
| | 880 Front Street, Room 6293 |
| 5 | San Diego, California 92101 |
| | Telephone: (619) 557-6199 |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | UNITED STATES OF AMERICA |

FILED
OCT 17 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06CR2052-DMS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION OF FACT AND JOINT** |
| v. | ) | **MOTION FOR RELEASE OF** |
| | ) | **MATERIAL WITNESSES AND** |
| HECTOR MOLINERO-SOTO (1), | ) | **ORDER THEREON** |
| | ) | |
| Defendant. | ) | (Post-Indictment Fast-Track Program) |

   **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and A. Dale Blankenship, Assistant United States Attorney, and defendant HECTOR MOLINERO-SOTO,, by and through and with the advice and consent of defense counsel, Robert Carriedo, Esq., that:

   1.   Defendant agrees to execute this stipulation on or before the disposition date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to plead guilty to Count 2 of the Indictment which charges defendant with a non-mandatory minimum count of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii) and (v)(II).

   2.   Defendant agrees to plead guilty to the charge described above pursuant to the plea agreement on or before October 19, 2006.

3. The material witnesses, Lorenzo Cisneros-Lopez, Jorge Armando Ticun-Hernandez and Edgar Arturo Ticun-Hernandez, in this case:

    a. Are aliens with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about September 8, 2006;

    c. Were found in a vehicle driven by defendant, Hector Molinero-Soto, in which codefendant, Enrique Alvarado-Flores, was a passenger near Jamul, California, and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

    d. Were paying $2000.00-$5000.00 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

    e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

4. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth in paragraph 3 above shall be admitted as substantive evidence;

    b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witnesses provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of unavailable witnesses; and,

    c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witnesses who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witnesses in this case.

Stipulation of Fact and Joint Motion for Release of
Material Witnesses And Order Thereon in
United States v. Hector Molinero-Soto (1)      2      06CR2052-DMS

5. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witnesses to the Department of Homeland Security for return to their country of origin.

It is STIPULATED AND AGREED this date.

Respectfully submitted,

CAROL C. LAM
United States Attorney

Dated: 10/17/06

A. DALE BLANKENSHIP
Assistant United States Attorney

Dated: 10/16/06

ROBERT CARRIEDO
Defense Counsel for Hector Molinero-Soto

Dated: 10/16/06

HECTOR MOLINERO SOTO
HECTOR MOLINERO-SOTO,
Defendant

## ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witnesses be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 10/17/2006

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witnesses And Order Thereon in
United States v. Hector Molinero-Soto (1)          3                    06CR2052-DMS

5. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witnesses to the Department of Homeland Security for return to their country of origin.

It is STIPULATED AND AGREED this date.

Respectfully submitted,

CAROL C. LAM
United States Attorney

Dated: 10/17/06

A. DALE BLANKENSHIP
Assistant United States Attorney

Dated: 10/16/06

ROBERT CARRIEDO
Defense Counsel for Hector Molinero-Soto

Dated: 10/16/06

HECTOR MOLINERO SOTO
HECTOR MOLINERO-SOTO,
Defendant

---

## ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witnesses be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 10/17/2006

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of Material Witnesses And Order Thereon in United States v. Hector Molinero-Soto (1)   3   06CR2052-DMS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>         Plaintiff </br></br> vs. </br></br> MOLINERO-COTO (1) </br></br>         Defendant(s) | CRIMINAL NO. 06CR 2052-DMC </br></br> ORDER </br></br> RELEASING MATERIAL WITNESS </br></br> Booking No. |

On order of the United States ~~District~~/ Magistrate Judge, RUBEN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

LORENZO CISNEROS-LOPEZ

DATED: 10/17/06

RUBEN B. BROOKS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
        Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-561-774/70062

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 06CR2052-DMS |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| MOLINERO-COTO (1) | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District~~/Magistrate Judge, RUBIN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Jorge Armando Tirun-Hernandez

DATED: 10/17/06

RUBIN B. BROOKS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. __06CR 2052-DMS__ |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Molinero-Soto (1) | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District~~/Magistrate Judge,   RUBEN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

Edgar Arturo Ticun-Hernandez

DATED: __10/17/06__

RUBEN B. BROOKS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk